[No. 9268-5-I.   Division One.   August 8, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN
R. KAUPP, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-02145-8, Theodore S. Turner, J. Pro
Tem., entered September 3, 1980. *Affirmed* by unpublished

opinion per Williams, J., concurred in by Durham, A.C.J., and Scholfield, J.